**Opinion issued January 23, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00664-CV

————————————

**SINURENI AGBOOLA ABIOLA AND BCM FEDERAL CREDIT UNION,**
**Appellants**

**V.**

**FELICIA MICHELLE ABIOLA, Appellee/Cross-Appellant**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-38859**

---

## MEMORANDUM OPINION

Appellants have neither paid the required fees nor established indigence for

purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE

§§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases

in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation,

Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c). Accordingly, we dismiss the appeal for nonpayment of all required. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower